```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

PAUL A. FAVA, et al.,                :
                                     :
          Plaintiffs,                : Civil Action No. 07-1077(RMB)
                                     :
     v.                              : **ORDER**
                                     :
TRANSAMERICA LIFE INSURANCE          :
& ANNUITY COMPANY, et al.,           :
                                     :
          Defendants.                :
_____      :

THIS MATTER having come before the Court upon the motions to dismiss by Defendants, Transamerica Life Insurance & Annuity Company and Irving Zislin, pursuant to Federal Rule of Civil Procedure 12(b)(6) and a motion for a more definite statement pursuant to Federal Rule of Civil Procedure 12(e) by Defendant Zislin; and for the reasons set forth in the Opinion issued this date;

IT IS on this **13th** day of **July** 2007 **ORDERED** that Defendant Transamerica Life Insurance & Annuity Company's motion to dismiss is **DENIED** as to Counts 7 and 9 and **GRANTED** as to Count 10; and

IT IS FURTHER **ORDERED** that Defendant Zislin's motion for a more definite statement is **GRANTED** as to Counts 2, 3, 4, 5, 6, 8 and 9; and motion to dismiss is **GRANTED** as to Counts 1 and 11.

```
                              s/Renée Marie Bumb
                              RENÉE MARIE BUMB
                              United States District Judge
```